LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 11-10535 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Luzvisminda G. Resultay, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Luzvisminda G. Resultay, in the principal amount of $4,929.32 plus interest accrued to December 19, 2011, in the sum of $4,918.71; with interest accruing thereafter at the daily rate of $1.17 until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**9,848.03**.

DATED: 2/21/2012          By: _____Terry Nafisi_____
                                  Clerk of the Court
                                  A. Martinez
                                  Deputy Clerk
                                  United States District Court

Page 5